UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-23833-RNS

LOUIS VILLANI and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
Plaintiffs, )
 )
vs. )
 )
M.I. COURIER SERVICES INC. A/K/A )
M.I. COURIER SERVICES INC. OF )
NEW YORK, )
JULIUS C. GOTAY, )

Defendants.
_____

## DEFENDANTS' MOTION TO TRANSFER VENUE TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

COMES NOW, the Defendants, M.I. Courier Service, Inc. and Julius C. Gotay, by and through the undersigned attorney moves to transfer venue to the United States District Court, Southern District of Florida, West Palm Beach Division, in which this action should have been brought. Defendant, M.I. Courier Services, Inc's principal place of business is Boynton Beach, Florida; Defendant, Julius C. Gotay, resides in Palm Beach County, Florida; the Plaintiff resides in Hobe Sound, Martin County, Florida. The alleged claim occurred, and even in accordance with Plaintiff's Rule 26(a)(1) Disclosures, most witnesses and evidence that may exist, is in Palm Beach County. The events or omissions giving rise to Plaintiff's claim occurred in Palm Beach County. In the interest of justice, transfer to the West Palm Beach Division of the United States District Court for the Southern District in accordance with 28 U.S.C. §1404(a) is appropriate.

## INTRODUCTION

Plaintiff's sole cause of action is based on Federal Overtime Wage Violation and in Plaintiff's Complaint it is alleged that Plaintiff was a resident of Miami-Dade County at the time that this dispute arose, as well as that all acts or omissions giving rise to this dispute took place in Miami-Dade County. These statements made by Plaintiff in the Complaint are not factual. Plaintiff was a resident of Hobe Sound, Martin County, Florida. (see Driver Application {Exhibit "A"}; Release and Consent Form for Background Check {Exhibit "B"}; W-9 { Exhibit "C"}; and Independent Contractor Agreement {Exhibit "D"} attached hereto and provided to Plaintiff as part of Defendants' Rule 26 Disclosures).

Additionally, Plaintiff's Rule 26 Disclosures lists only three witnesses in addition to Plaintiff and Defendants. All three of Plaintiff's additional witnesses are residents of Palm Beach County, Florida. (See Plaintiff's Rule 26 Disclosure attached hereto and marked as Exhibit "E"). Plaintiff was an independent contractor who drove and made deliveries throughout Palm Beach County, particularly Delray Beach without any obligation in Miami-Dade County.

## LEGAL STANDARD

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought" 28 U.S.C. §1404(a). The purpose of section 1404(a) is to "avoid unnecessary inconvenience to the litigants, witnesses, and the public, and to conserve time, energy, and money." *Cellularvision Tech. & Telecomms., L.P. v. Alltel Corp.,* 508 F. Supp. 2d 1186, 1189 (S.D. Fla. 2007) (citations omitted). Section 1404(a) is intended to provide for "individualized, case-by case consideration of convenience and fairness." Van Dusen, v. Barrack, 376 U.S. 612 at 622 (1964).

## ARGUMENT

The only connection this civil case has to the Miami-Dade division is the attorneys for the Plaintiff maintain offices within that division. The statutes and case law do not reference the convenience of attorneys when outlining the appropriate filing division.

The Defendants' principal place of business and mailing address are in Palm Beach County. The Resident Agent is in Palm Beach County and the day-to-day operations of the Corporate Defendants for the relevant time period alleged in the Complaint is in Palm Beach County. The Plaintiff was an independent contractor driver with a target area in Delray Beach, thereby the substantial part of the events or omissions giving rise to the claim occurred in Palm Beach County. It is absolutely clear that no part of the event or omissions giving rise to the claim occurred in Miami-Dade County, therefore, venue is not proper in that Division.

In viewing the specific individualized facts of this case along with the early Court filings, this Court is asked to consider the convenience and fairness of litigating in Miami-Dade County and acknowledge that venue is proper in the West Palm Beach Division and improper in the Miami-Dade Division.

## CONCLUSION

All of the parties reside within the geographical boundaries of the West Palm Beach Division and the events giving rise to the claims were located in Palm Beach County. The Miami-Dade Division is an improper venue. The United States District Court for the Southern District West Palm Beach Division is proper venue.

WHEREFORE, Defendants respectfully requests that this Honorable Court transfer the case to the United States District Court for the Southern District, West Palm Beach Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically served the foregoing document via Email notification on this 22 day of December, 2017 to: Rivkah F. Jaff, Esquire, Rivkah.jaff@gmail.com, Neil Tobak, Esquire, NTobak.Zidellpa@gmail.com, and J.H. Zidell, JH Zidell, Attorneys for Plaintiff, 300-71st Street, Suite 605, Miami Beach, FL 33141.

Respectfully Submitted:

/s/ Elissa S Vessal
ELISSA S. VESSAL, ESQUIRE, P.A.
Attorney for Defendants
1880 N. Congress Ave., Suite 200
Boynton Beach, FL 33426
Telephone: (561) 214-4648
Service Email: eservice@EsvLaw.com
Secondary Email: Elissa@EsvLaw.com

# DRIVER APPLICATION

| First Name: Lou | Last Name: VILLANI | | |
|---|---|---|---|
| Social Security: ~-6070 | Age: 50 | Birth Date: ~~~ | City, State and Country of birth: HOBE SOUND, FL   USA |

Cell Phone Number: & Cell phone provider
305-803-4868    Sprint

Home Phone Number:

Home Address: 11090 SE FEDERAL HWY, #94, HOBE SOUND FL 33455

| Email Address: LVLVLV1@HOTMAIL.com | Marital Status: SINGLE |
|---|---|

## PERSONAL REFERENCES

| First & Last Name: KIRK | Address: | Telephone: |
|---|---|---|
| First & Last Name: | Address: | Telephone: |

## WORK REFERENCES

| Company: SELF EMPLOYED - UBER DRIVER | Contact Name: | Telephone: |
|---|---|---|
| Company: | Contact Name: | Telephone: |

| MOST RECENT WORK EXPERIENCES | FROM | | TO | | $ Initial | $ Final |
|---|---|---|---|---|---|---|
| Full Name & Address of Employer: | Occupation (Specify) | Month | Year | Month | Year | |
| | | | | | | |
| | | | | | | |

Description:

| Vehicle Information | Plate: | Make: TOYOTA | Model: COROLLA | Year: 2014 |
|---|---|---|---|---|
| Insurance provider: | | Policy #: | Actual Mileage: | |

_Lou Villani_
Signature

FR-HR-01

EX "A"

 

# Release and Consent Form for Background Check

I hereby authorize M I Courier Services, Inc. ("M I") and/or any agency engaged by M I, to contact and obtain any information about me from any or all of my references, former employers, credit agencies, residential management agents, educational institutions, persons, and law enforcement agencies, and to make inquiries about my activities. I also authorize any or all of my references, former employers, credit agencies, residential management agents, educational institutions, persons, and law enforcement agencies to release information about my activities. This information may include, but is not limited to, academic, residential, achievement, performance, attendance, personal history, disciplinary, arrest, and conviction records. Further, I authorize the procurement of investigative credit and criminal reports and understand that such reports may contain information as to my background and reputation. Additional information may be available upon request and this authorization shall be valid for this and any further requests.

I further authorize M I to release to its customers where I am, or may be assigned, to perform services, any information described above and any other documents relating to me which are maintained by M I.

I understand that the information released is for official use by M I, and may be disclosed to such third parties as necessary in the fulfillment of official responsibilities.

I release and forever discharge M I, its customers, the background collection agency, and/or its and their respective shareholders, directors, officers, employees, agents, successors and assigns, from any and all causes of action, proceedings, claims, judgments, obligations, damages or liabilities of any kind and/or character relating in any way to, in connection with, or arising from compliance with or any attempts to comply with, this authorization, the release of information to any third party, any action or inaction based on the background reports, or any other consequence of or matter concerning the reports.

This Disclosure and Consent form, in original, faxed, photocopied or electronic form, will be valid for any reports that may be requested by the Company.

Last Name __VILLANI__ First __Lou__ M.I. ____

Maiden/other names used _____

Sex: ☒ Male ☐ Female

Social Security # _____-__6070__

Date of Birth (for ID purposes only) ██████████

Present Address __11090 SE FEDERAL HWY #94__
City/State/Zip __HOBE SOUND, FL 33455__
Applicant Signature __Lou Villani__

EX- "B"



| Form **W-9** (Rev. October 2007) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**Name** (as shown on your income tax return)
LOU VILLANT

**Business name**, if different from above

**Check appropriate box:** ☒ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ........
☐ Other (see instructions) ▶                                                       ☐ Exempt payee

**Address** (number, street, and apt. or suite no.)
11090 SE FEDERAL HWY #94

**City**, state, and ZIP code
HOBE SOUND, FL 33455

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: [redacted]-[redacted]-6076

or

Employer identification number:

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**  Signature of U.S. person ▶ [signature]    Date ▶ 7-20-16

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X                                      Form **W-9** (Rev. 10-2007)

Ex. "C"



# INDEPENDENT CONTRACTOR AGREEMENT

This is an agreement for delivery services dated as of **7/20/2016**, (this) "agreement) is executed by **Louis Villani**, a **Florida** resident ("Contract Driver"), located at: **11090 SE Federal Hwy, Hobe Sound, FL 33455** and **M I Courier Services, Inc.**, a Florida & New York corporation (the "Company"), to record their following agreement regarding the rendition of delivery services by Contract Driver to the company:

1. **Rendition of Delivery Services.** Company may from time to time notify Contract Driver of delivery services required by a customer of company on a specific delivery project or for a series of recurring but distinct delivery projects. Contract Driver shall review the scope, nature, and extent of the delivery services required by Company and shall timely notify Company if Contract Driver decides to accept and to provide those delivery services. The scope, nature, and extent of the delivery services (e.g. payment amount, payment dates, delivery hours, pick-up and delivery destinations, term of services) shall be agreed upon by Contract Driver and the Company based on delivery service requirements provided to Company by the particular customer. Company does not control or direct the means or manner in which Contract Driver performs the services (e.g. which streets to take from a pick-up site to a deliver site, the make and model of the delivery vehicle, the order in which the services are rendered, etc.) but Contract Driver agrees to render such services in a manner consistent with (a) any underlying delivery parameters given by the foregoing customer in order to meet its delivery service needs and (b) any policies, practices, and procedures used by the foregoing customer such as obtaining delivery receipts, location of loading docks, procedures for loading, shipping, receiving, etc. At all times, Contract Driver shall devote his best efforts and full cooperation to rendering the services required under this Agreement and shall competently, diligently, and effectively serve and promote the business interests of the company in good faith for the indirect financial benefit of the company by competently servicing the delivery needs of company's customers. Contract Driver acknowledges that this limited project engagement benefit the customers of Company identified in the addendum by providing delivery services.

2. **Term.** Except as otherwise provided in this Agreement, the initial term of this Agreement begins on **7/20/2016**, and ending on **7/20/2017**, ("Expiration Date"). The term may be changed, terminated or modified only by the company at any given time. Contract Driver cannot terminate agreement or suspend services unless Company has provided a written notice approving so. Agreement can only be terminated by Contract Driver by submitting a letter of resignation with a two week notice of surrendering services.

3. **Compensation.** For all services rendered by Contract Driver to the Company, the Company shall pay Contract Driver an amount agreed upon. All expenses incurred during, before or immediately after services rendered, are Contract Driver responsibility 100%. The profitability to Contract Driver for rendering the services under this Agreement (i.e. the relationship of

Company _[signature]_
Contract Driver _[signature]_

EX. "D"

business receipts to business expenditures) shall be the sole responsibility of Contract Driver based on economic factors and managerial skills solely within Contract Driver's control and knowledge. Contract Driver accepts and acknowledges that Contract Driver's opportunity for a profit and risk of a loss depends solely on Contract Driver's commercial initiative, business acumen, operational expertise, and managerial experience and judgment. Payments are submitted via Check thru USPS and funds are available on the 3rd Friday for services rendered on the 1st week. Deductions are subject to the lack of notice, damages, loses or non-services rendered. Contractor is obligated to fulfill the agreement, assignments and schedules agreed to the fullest. This also means that contractor may need to acquire a new vehicle or rental in order to not be in breach of this agreement.

4. **Relationship Between Parties.** Contract Driver's relationship to the Company created by this Agreement is that of an Independent Contractor within the states statues that the business is being operated in between both parties are in are to be fulfilled to its full extent. Contractor is obligated to provide written notification in case of surrendering services within agreement period. Notification must be submitted with a two week notice. Failure to do so Company can and will be entitled to sue contractor for breach of agreement. Company will execute all state laws applicable and apply a fine to Contractor for all related costs to results of a breach in contract. This agreement has a breach value of $ 500.00 US Dollars that can be applied to both parties for failure to comply with agreement. On top of the breach value, contractor may lose commissions due to contractor, due to actions that have triggered any loss to clients, company and affiliates. Agreement shall be deemed to create a partnership, joint venture, or employer-employee relationship between Contract Driver and the Company. All invoices, business cards, and e-mail and other correspondence shall identify Contract Driver as an independent contractor, and Contract Driver shall operate at all times as a, separate and distinct business from Company with Contract Driver's having its own mailing address, telephone number, place of business or facility, delivery vehicles, and ancillary equipment. The Company is interested only in the results of Contract Driver's performance under this Agreement. Contract Driver is not an employee of the Company, and no agent, employee, or representative of Contract Driver is, will be, or will be deemed to be, an officer, director, or employee of the Company. None of the benefits provided by the Company to its employees including, without limitation, compensation insurance and unemployment insurance, will be available to Contract Driver or the agents, employees, or representatives of Contract Drive, if any. Contract Driver assumes full responsibility for the payment and reporting of all local, state, and federal taxes and other contributions imposed or required under unemployment, social security, or income tax laws, with respect to the rendition of the delivery services by, or on behalf of, Contract Drive to the Company. Contract Driver shall provide to the Company, on its demand, evidence that the income reported by Contract Driver to the Internal Revenue Service as received to section 2 was consistent with the treatment required of an independent contractor under the Internal Revenue Code, such as receipt of an IRS Form 1099, and shall obtain its own federal identification number, is necessary. Contract Driver knows of the responsibility to pay estimated social security taxes and state and federal income taxes. Contract Driver knows that social security tax the individual must pay is higher than the social security tax the individual would pay if he or she were an employee. Contract Driver knows that the work is not covered by the unemployment compensation laws. Contract Driver cannot solicit, offer, suggest or imply to render services to Company clients. If so, Company is entitled to sue Contractor Driver for a



Company
Contract Driver

breach of agreement and apply all state laws against Contract Driver, following immediate termination of services and contractor agreement. Contract Driver cannot render or provide services to Company Clients during agreement period and for one whole year after termination of agreement has occurred.

5. **Assumption of Risk, Release, and Indemnification.** Contract Driver knows the inherent dangers of providing delivery services, realizes and appreciates the possibility of death or personal injury as a result of providing delivery services, and decides to voluntarily and deliberately expose himself to these risks and dangers by providing delivery services pursuant to this Agreement. Accordingly, Contract Driver accepts, and consents to; the risks and dangers associated with providing delivery services pursuant to this Agreement. Contract Driver also acknowledges that the Company and its agents, officers, directors, employees, shareholder, and representatives assume no responsibility for (a) any action, intentional or otherwise, by any other person, or (b) any damage to, or loss, theft, or misappropriation of, his personal property, and Contract Driver accepts full responsibility for the security of his personal property.

Contract Driver releases, discharges, and holds the Company and its agents, officers, directors, employees, shareholders, and representatives (and their respective heirs, assigns, successors, and other legal and personal representatives) harmless from any suit, right, action, damage, liability, obligation, cause of action, and any other claim whatsoever, both at law and in equity, whether known, unknown, alleged, disputed, direct, indirect, or contingent, that Contract Driver now has, or later might have, against the Company or its agents, officers, directors, employees, shareholders, and representatives (and their respective heirs, assigns, successors, and other legal and personal representatives) arising from death of, or personal injury to, Contract Driver, or any damage to, or loss, theft, or misappropriation of, the personal property of Contract Driver, including any resulting from the negligent acts or omissions of the Company or its agents, officers, directors, employees, shareholders, representatives, and independent contractors, and any resulting from the willful or intentional acts of any third party that Contract Driver might sustain while providing the delivery services pursuant to this Agreement.

Contract Driver shall indemnify, and hold harmless, the Company and its agents, officers, directors, employees, shareholders, and representatives (and their respective heir, assigns, successors, and legal representatives), from all cost, loss, expense, and liability (including premiums bonds, fees of experts and investigators, and all legal fees and costs incurred before a lawsuit is filed and in trial, appellate, arbitration, bankruptcy, administrative and judgment-execution proceedings) incurred by the Company or its agents, officers, directors, employees, shareholders, or representatives (or their respective heirs, assigns, successors, or legal representatives), in connection with any injury to any person, damage to property, or loss, theft, or misappropriation of property arising out of: (a) a breach of this Agreement by Contract Driver; or (b) an act or omission by Contract Driver, including any negligent act or omission. Contract Driver also shall indemnify the Company against all cost, loss, expense, and liability in connection with the payment of all federal, state, and local taxes, or other contributions imposed or required under unemployment, social security, and income tax laws.

Contract Driver authorizes the Company to remove cargo from Contract Driver's personal vehicle is in any way detained. This includes, but is not limited to, the vehicle being repossessed, impounded, incarcerated by law enforcement, or towed to a private lot if the vehicle is in an



accident. Contract Driver understands that the freight contained in Contract Driver's personal vehicle belongs to the shipper and will be released to the Company upon demand if it is detained for any reason.

6. **Confidentiality** Our clients and other parties with whom we do business entrust the company with important information relating to their businesses. It is our policy that all information considered confidential will not be disclosed to external parties or to employees without a "need to know."
This policy is intended to contract driver's employees to the need for discretion at all times and is not intended to inhibit normal business communications.
All inquiries from the media must be referred to Julius C. Gotay, Account Executive, 561-523-8150.

7. **Conflict of Interest.** Contract drivers must avoid any relationship or activity that might impair, or even appear to impair, their ability to make objective and fair decisions when performing their jobs. At times, a contract driver may be faced with situations in which business actions taken on behalf of M I Courier may conflict with the contract driver's own personal interests. Company property, information or business opportunities may not be used for personal gain.

   **Conflicts of interest could arise in the following circumstances:**
   - Being employed by, or acting as a consultant to, a competitor or potential competitor, supplier or contractor, regardless of the nature of the employment, while employed with [Company Name].
   - Hiring or supervising family members or closely related persons.
   - Serving as a board member for an outside commercial company or organization.
   - Owning or having a substantial interest in a competitor, supplier or contractor.
   - Accepting gifts, discounts, favors or services from a customer/potential customer, competitor or supplier, unless equally available to all company employees.

Contract drivers with a conflict-of-interest question should seek advice from management. Before engaging in any activity, transaction or relationship that might give rise to a conflict of interest, contract drivers must seek review from their manager or the Human Resource department.

| M I Courier Services, Inc | Contract Driver |
|---|---|
| _[signature]_ | _[signature]_ |
| Witnessed by: Signature | Contract Driver's Signature |
| Julius Gotay | Lou VILLANT |
| Printed Name | Printed Name |
| Date: 1-20-16 | Date: 2-20-16 |
| | Title: Independent Contractor |

Company ____
Contract Driver _[initials]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23833-CIV-RNS

LOUIS VILLANI and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
              Plaintiffs, )
vs. )
 )
M.I. COURIER SERVICES INC. a/k/a M.I. )
COURIER SERVICES INC. OF NEW )
YORK, )
JULIUS C. GOTAY, )
 )
              Defendants. )

## PLAINTIFF'S INITIAL DISCLOSURES AND TRIAL WITNESS LIST

Now comes the Plaintiff, through the undersigned, and makes the following Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.1B.

### General Statement

As Plaintiff continues to obtain further information and documents through discovery and trial preparation, Plaintiff reserves the right to supplement and/or amend these disclosures as necessary and appropriate. The following includes witnesses, all of which Plaintiff may call to trial, and Plaintiff reserves the right to supplement as discovery proceeds.

Response to Part A:

30(b)(6) Corporate Representative of M.I. COURIER SERVICES INC. a/k/a M.I. COURIER SERVICES INC. OF NEW YORK. c/o Defense Counsel. Believed to have knowledge regarding the allegations in the most recent Complaint. Believed to also have knowledge regarding Plaintiffs' duties, pay, and hours, along with liability issues regarding the wage count.

1



EX- "E"

JULIUS C. GOTAY. c/o Defense Counsel. Believed to have knowledge regarding the allegations in the most recent Complaint. Believed to also have knowledge regarding Plaintiffs' duties, pay, and hours, along with liability issues regarding the wage count.

Kirkwood Capron. 450 N Federal Hwy, Boynton Beach, FL 33435. 561-909-5131. Believed to be current employee of Defendants and believed to have knowledge regarding Plaintiff's hours and job duties.

Camille Murdock. 7100 Colony Club Dr, #307, Lake Worth, FL 33463.  561-574-1625. Believed to be current employee of Defendants and believed to have knowledge regarding Plaintiff's hours and job duties.

Plaintiff LOUIS VILLANI. c/o Plaintiff Counsel. Believed to have knowledge regarding the allegations in the most recent Complaint. Believed to also have knowledge regarding Plaintiff's duties, pay, and hours, along with liability issues regarding the wage count.

Those persons listed in Defendants' initial disclosures filed or to be filed, and any other persons identified in Plaintiff's or Defendants' discovery or identified in other pleadings, motions, or depositions.

Response to Part B:

Plaintiff refers to the documents attached hereto.

Plaintiff refers to all documents to be produced in response to Defendants' discovery requests. Plaintiff refers to all rebuttal and impeachment documents and documents produced in responses to discovery requests throughout the course of the litigation. Plaintiff reserve the right to introduce any documents listed by Defendants. Plaintiff reserves the right to amend, modify, and supplement the documents Plaintiff may use to support Plaintiff's claims.

Response to Part C:

Plaintiff refers to damages referred to in the most recent Complaint and Statement of Claim..

Response to Part D:

Plaintiff is not aware of such an insurance agreement.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFFS
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141

         305-865-6766
         305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
         Rivkah F. Jaff, Esquire
         Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 11/16/17 TO:**

**ELISSA S. VESSAL, ESQ.
ELISSA S. VESSAL, ESQUIRE, P.A.
1880 N. CONGRESS AVENUE, SUITE 200
BOYTON BEACH, FL 33426
PH: (561) 214-4648
FAX: (561) 244-8039
EMAIL: ESERVICE@ESVLAW.COM
ELISSA@ESVLAW.COM**

BY:__/s/____Rivkah F. Jaff_____
    **RIVKAH F. JAFF, ESQ.**

3