United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Louis Villani, and all others similarly situated, Plaintiffs, <br><br> v. <br><br> M.I. Courier Services Inc. and Julius C. Gotay, Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 17-23833-Civ-Scola <br> ) <br> ) |

## Omnibus Order Denying Motions

Defendants M.I. Courier Services Inc. and Julius C. Gotay ask the Court to: transfer venue from the Miami-Dade County Division to the West Palm Beach County Division of the Southern District of Florida (Defs.' Mot. to Transfer, ECF No. 18); order a settlement conference (Defs.' Mot. for Settlement and Stay, ECF No. 19); and stay discovery for thirty days (*id.*). Plaintiff Louis Villani opposes the requested relief. (Pl.'s Resps., ECF Nos. 20, 21.)

Having considered the record and the parties' arguments, the Court is not persuaded that either a transfer or a stay is appropriate in this case. And while the Court will not order the parties to participate in an early settlement conference when Villani is opposed to doing so, the Court nonetheless encourages Villani to consider agreeing to engage in an early settlement conference before United States Magistrate Judge Edwin G. Torres.

The Defendants' motions (**ECF Nos. 18, 19**) are both **denied**. Villani's request, mentioned only in passing, that he be awarded attorneys' fees for having to filing a response in opposition to the Defendants' motion for a stay is inappropriate, both in substance and in form. That request is, therefore, denied as well.

**Done and ordered** at Miami, Florida on January 2, 2018.

_____
Robert N. Scola, Jr.
United States District Judge