UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23833-CIV-RNS/EGT

| | |
|---|---|
| LOUIS VILLANI and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| M.I. COURIER SERVICES INC. a/k/a M.I. COURIER SERVICES INC. OF NEW YORK, JULIUS C. GOTAY, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DISCOVERY HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE EDWIN G. TORRES

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE EDWIN G. TORRES, at the the James Lawrence King Federal Justice Building, 99 NE 4th Street, Tenth Floor, Courtroom 5, Miami, Florida 33132, on February 16th, 2018, at 1:30 p.m.

Plaintiff is requesting the Court address issues with respect to Defendants' objections and responses to Plaintiff's initial set of discovery, directed towards each Defendant.

a. Plaintiff served Defendants with their initial discovery, including First set of Interrogatories, First Request for Production and First Request for Admissions on December 14, 2017. Therefore, Defendants responses were

  due January 13, 2018.

b. As of the date of submission of the instant Notice, Defendants have failed to serve responses to Plaintiff's First set of Interrogatories, First Request for Production and First Request for Admissions (collectively reffered to as "initial discovery")

c. Defendants responses were **not** served within thirty (30) days after said discovery was propounded pursuant to Fed.R.Civ.P. 33, 34, and 36. The Parties **did not** agree to an extension of time for Defendants to respond to said discovery.

d. As Defendants have failed to timely serve Responses to Plaintiff's First set of Interrogatories and First Request for Production, Plaintiff respectfully requests the Court enter an Order that all objections have been waived and ordering Defendants to respond completely to each Interrogatory with verified responses and respond to each Request for Production.

e. Federal Rule of Civil Procedure 36(a)(3) states that "[a] matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney." Fed. R. Civ. P. 36(a)(3). The rule operates automatically; once a party fails to answer the requests for admissions, the matters are admitted. *United States v. 2204 Barbara Lane*, 960 F.2d 126, 129 (11th Cir. 1992).

f. As Defendants have failed to timely serve Responses to Plaintiff's First Request for admissions, Plaintiff respectfully requests the Court enter an Order that all Admissions be deemed admitted.

Plaintiff will provide the Court with the source documents as via email.

**Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)**

Plaintiff's Counsel conferred with Defense Counsel, Elissa S. Vessal, Esq. The Parties were unable to resolve the discovery disputes herein noticed. The parties will advise the Court immediately should said above issues be resolved as the Parties continue to confer.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Neil Tobak, Esq. ___
           Neil Tobak, Esquire
           Florida Bar No.: 93940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 1/22/18 TO:**

Elissa S. Vessal
Elissa S. Vessal, Esquire PA
1880 N. Congress Ave
Suite 200
Boynton Beach, FL 33426
561-214-4648
Email: Elissa@esvlaw.com

**BY:__/s/___Neil Tobak_____**
     **NEIL TOBAK, ESQ.**