UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-23833-RNS

LOUIS VILLANI and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

M.I. COURIER SERVICES INC. A/KA M.I. COURIER SERVICES INC. OF NEW YORK,
JULIUS C. GOTAY,

        Defendants.

**THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:**

**WRIT OF GARNISHMENT**

YOU ARE COMMANDED to summon the Garnishee, CITIBANK, 9525 Harding Avenue, Miami Beach, FL 33154, to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiffs' Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendants, **M.I. COURIER SERVICES INC. A/KA M.I. COURIER SERVICES INC. OF NEW YORK, and JULIUS C. GOTAY**, who upon information and belief, maintains a bank account with Garnishee CITIBANK, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants **M.I. COURIER SERVICES INC. A/KA M.I. COURIER SERVICES INC. OF NEW YORK, and JULIUS C. GOTAY** the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant such as Certificate of deposits, bonds or money market accounts.  The amount set in Plaintiffs' motion is for **$40,000.00.**



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _____J. Adams_____ Deputy Clerk
Date: __Jun 7, 2018__