UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-23833-RNS

LOUIS VILLANI and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

M.I. COURIER SERVICES INC. A/KA M.I.
COURIER SERVICES INC. OF NEW
YORK,
JULIUS C. GOTAY,
    Defendants.

Ernest D. Moody III
Certified Process Server ID #229
Second Judicial Circuit of Florida
Date: 7/23/18     Time: 2:45 pm

**THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:**

**WRIT OF GARNISHMENT**

YOU ARE COMMANDED to summon the Garnishee, TD Bank, N.A., Registered Agent: UNITED STATES CORPORATION COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525, to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiffs' Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendants, **M.I. COURIER SERVICES INC. A/KA M.I. COURIER SERVICES INC. OF NEW YORK, and JULIUS C. GOTAY**, who upon information and belief, maintains a bank account with Garnishee TD BANK, N.A., at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants **M.I. COURIER SERVICES INC. A/KA M.I. COURIER SERVICES INC. OF NEW YORK, and JULIUS C. GOTAY** the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendants or who may be in possession or control of any of the property of the Defendants such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiffs' motion is for **$40,000.00.**

Dated on   July 19  , 2018.

**Steven M. Larimore**
As Clerk of the Court



Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: J. Adams
Deputy Clerk
Date: Jul 19, 2018

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:17-CV-23833-RNS

Plaintiff:
**Louis Villani and all otherssimilarly situated under 29 U.S.C. 216(b)**

vs.

Defendant:
**M.I. Courier Services, Inc. et. al.**

For:
Plaintiff's Attorney

Received by Rush Process Servers Private Investigation Agency, Inc. on the 23rd day of July, 2018 at 10:30 am to be served on **TD Bank N.A. c/o United States Corporation Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, Ernest D. Moody III, do hereby affirm that on the **23rd day of July, 2018** at **2:45 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Writ of Garnishment** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Gwen Butler** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **United States Corporation Company** as **Registered Agent for TD Bank N.A.**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

**Ernest D. Moody III**
ID#229 2nd Circuit

**Rush Process Servers Private Investigation Agency, Inc.**
P.O. Box 693180
Miami, FL 33169
(305) 571-7874

Our Job Serial Number: VPS-2018006421

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2d